# UNITED STATES DISTRICT COURT
## for the

### Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>Jamar Leon Pressey | )<br>)<br>)<br>) |

Date of Original Judgment:     November 10, 2009

Date of Previous Amended Judgment: _____

*(Use Date of Last Amended Judgment if Any)*

Case No:   7:09-CR-47-1FL

USM No:   51602-056

A. Robert Bell, III

*Defendant's Attorney*

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

    ☐ DENIED.    ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   164   months **is reduced to**   132 months in Count 1.

The sentence in Count 2 remains 120 months, concurrent, resulting in a total sentence of 132 months.

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 10, 2009, shall remain in effect. **IT IS SO ORDERED.**

Order Date:     June 2, 2015

*Judge's signature*

Effective Date:    November 1, 2015
*(if different from order date)*

Louise W. Flanagan, U.S. District Judge
*Printed name and title*